# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CR 14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ROBERT GARDNER WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the Court on February 22, 2012 for the purpose of an arraignment hearing for the defendant. At that time, the undersigned advised the government and the defendant of a civil action in which United States District Judge Martin Reidinger, acting before his appointment to the Court in his capacity as a private attorney, had represented a client who had interest adverse to the defendant. After providing this information to the parties, the Court gave the government and the defendant an opportunity to express any concerns regarding any potential conflict of interest that might exist in this matter. Assistant United States Attorney David Thorneloe requested that the government be given an opportunity to respond to this information. The undersigned entered an oral order directing that the government and the defendant are to respond to the information provided by the undersigned and such

response shall be filed by both the government and defendant on or before February 29, 2012.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government and the defendant shall be **ALLOWED** up to and including **February 29, 2012** to respond to the information provided by the undersigned to them on February 22, 2012.

Signed: February 28, 2012

Dennis L. Howell
United States Magistrate Judge

2